**Fill in this information to identify your case and this filing:**

| Debtor 1 | Kevin | Christopher | Gleason |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:        **Southern District of Florida**

Case number    17-25508

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.6   Residence**
Street address, if available, or description

**1504 Summer Ave**

Jupiter, FL 33469-3120
City            State    ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        **$320,000.00**

Current value of the portion you own?        **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Inchoate curtesy interest, subject to 1st priority purchase-money note and mortgage on which Debtor is not liable**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.1   Office Property**
Street address, if available, or description

**4121 N 31st Ave**

Hollywood, FL 33021-2011
City            State    ZIP Code

**Broward**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        **$157,310.00**

Current value of the portion you own?        **$157,310.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**1.2** **Three Contiguous Lots**
Street address, if available, or other description

**1312 Polk St**

**Hollywood, FL 33019-1037**
City      State      ZIP Code

**Broward**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $630,880.00

**Current value of the portion you own?** $315,440.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**1/2 undivided interest as tenant-by-entireties**

- ☐ **Check if this is community property** (see instructions)

---

**1.3** **Vacant Land 288th St +/- 1.25 Acre**
Street address, if available, or other description

**16469 NW 288th St**

**Okeechobee, FL 34972**
City      State      ZIP Code

**Okeechobee**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $4,750.00

**Current value of the portion you own?** $3,562.50

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Defeasible Fee Simple Estate, subject to inchoate interests of heirs of Alan Fleishman**

- ☐ **Check if this is community property** (see instructions)

---

**1.4** **Vacant Land 310th St. +/- 1.25 Acre**
Street address, if available, or other description

**17870 NW 310th Street**

**Okeechobee, FL 34972**
City      State      ZIP Code

**Okeechobee**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $4,250.00

**Current value of the portion you own?** $2,125.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Defeasible Fee Simple Estate, subject to inchoate interests of heirs of Alan Fleishman**

- ☐ **Check if this is community property** (see instructions)

Debtor 1   **Kevin**          **Christopher**      **Gleason**                  Case number *(if known)*  **17-25508**
           First Name         Middle Name          Last Name

1.5   **Vacant land, Citrus County**
      Street address, if available, or other
      description

      **3596 S Avens Way**

      **Homossasa, FL**
      City                    State      ZIP Code

      **Citrus**
      County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $620.00 | $310.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Defeasible Fee Simple Estate, subject to inchoate interests of heirs of Alan Fleishman**

☐ **Check if this is community property**
  (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.......................................................................................   →   **$478,747.50**

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | Toyota | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | Prius | ☑ Debtor 1 only | |
| | | | ☐ Debtor 2 only | |
| | Year: | 2015 | ☐ Debtor 1 and Debtor 2 only | |
| | Approximate mileage: | 38000 | ☐ At least one of the debtors and another | |

Other information:

VIN:JTDKN3DU8F1987829. Business Vehicle - Usually at 4121 N 31st Avenue

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

If you own or have more than one, list here:

| 3.2 | Make: | Ford | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | E-150 | ☑ Debtor 1 only | |
| | | | ☐ Debtor 2 only | |
| | Year: | 1997 | ☐ Debtor 1 and Debtor 2 only | |
| | Approximate mileage: | 210000 | ☐ At least one of the debtors and another | |

Other information:

VIN:1FDEE14L1VHB51192. Personal vehicle. Poor Condition

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

| 3.3 | Make: | Honda | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | Rebel 450 | ☑ Debtor 1 only | |
| | | | ☐ Debtor 2 only | |
| | Year: | 1986 | ☐ Debtor 1 and Debtor 2 only | |
| | Approximate mileage: | 16093 | ☐ At least one of the debtors and another | |

Other information:

VIN:JH2PC1708GM005300. Not running - Stored at 4121 N 31st Avenue

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100.00 | $100.00 |

Debtor 1    **Kevin**          **Christopher**          **Gleason**          Case number *(if known)* **17-25508**
      First Name          Middle Name          Last Name

3.4  Make:          **Honda**

Model:          **Rebel 450**

Year:          **1987**

Approximate mileage:          **6155**

Other information:

> VIN:JH2PC1701HM103490. Project bike - not running - stored at 4121 N 31st Avenue

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$100.00          $100.00

---

3.5  Make:          **Suzuki**

Model:          **DR200SE**

Year:          **2006**

Approximate mileage:          **4021**

Other information:

> VIN:JS1SH42A862101308. Not running - Stored at 4121 N 31st Avenue

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$100.00          $100.00

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

4.10  Make:          **Canoe**

Model:          **NA**

Year:          **2015**

Other information:

> Plastic, in Jupiter

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$150.00          $75.00

---

If you own or have more than one, list here:

4.11  Make:          **Homemade**

Model:          **Watercraft trailer**

Year:          **2017**

Other information:

> not yet titled or registered. In Jupiter

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
$100.00          $50.00

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

4.6 Make: **American Hauler**

Model: **Cargo Trailer**

Year: **2007**

Other information:

Used for storage at 4121 N 31st Avenue - rough condition

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$100.00

**Current value of the portion you own?**
$100.00

---

4.7 Make: **Snowbear**

Model: **450LHD**

Year: **2004**

Other information:

Rough condition - stored at 1312 Po k Street

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$100.00

**Current value of the portion you own?**
$50.00

---

4.8 Make: **Kayak**

Model: **Plastic**

Year: **2014**

Other information:

New Price in 2014 $199.00 - stored in Jupiter

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$100.00

**Current value of the portion you own?**
$100.00

---

4.9 Make: **Chinese**

Model: **ATV**

Year: **2004**

Other information:

2-wheel drive, all terrain vehicle, not running, poor conditionored at 1312 Po k Street

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$50.00

**Current value of the portion you own?**
$50.00

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...................................................................... →   **$13,225.00**

---

**Part 3:** Describe Your Personal and Household Items

| Debtor 1 | Kevin | Christopher | Gleason | | Case number *(if known)* 17-25508 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........  | See Attached. | $3,250.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........  | See Attached. | $200.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe........  | See Attached. | $1,520.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........  | See Attached. | $236.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe........  | personal firearms, inventory to be provided to trustee and interested parties upon request | $2,000.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........  | personal clothing of value to debtor only, nominal value assigned some located at 4121 N 31st Avenue, some located in Jupiter | $1.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........  | Gold wedding band, titanium wedding band, diver's watch, misc costume jewelry including cuff links, tie bars, belt buckles, bolo ties some located at 4121 N 31st Avenue, some located in Jupiter | $500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........  | Security dog for office - Zippy | $1.00

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Describe........ | See Attached. | $1,027.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here................................................................................→ | $8,735.00

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes............................................................................................................ Cash.............. | $123.00

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

| 17.1. Checking account: | Chase | $76.81 |
|---|---|---|
| 17.2. Checking account: | | |
| 17.3. Savings account: | Chase - XXXX2090 Homestead Account | $240,001.93 |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | Pay Pal | $0.00 |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................

Institution or issuer name:

"Penny" stocks, most worthless. List available on request.      **unknown**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| Kevin Gleason, PA., a Florida professional services corporation | 100 % | **unknown** |
| Florida Bankruptcy Group, LLC., a Florida limited liability company, owned 99% by Patricia E Gleason P.A., and 1% by Kevin C. Gleason and Patricia E Gleason as tenants-by-entireties | 1 % | **unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..................

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Paychex 401 (k) Profit Sharing Plan and Trust | $21,929.95 |
| IRA: | American Funds last 4 digits of acct # X3431 | $13,630.85 |
| IRA: | Scottrade. Last 4 digits of acct # 7703 | $10,281.65 |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..................

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☑ Yes. Give specific information about them....    Copyrights on photos, songs and poems    **unknown**

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific information about them....    See Attached.    **unknown**

28. **Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information..........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information..........

| Debtor 1 | Kevin | Christopher | Gleason | Case number (if known) 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Premises Liability Insurance Title Insurance 4121 N 31st Ave, 1312 Polk St. Automobile Insurance Term Life Insurance no value | _____ | **unknown** |

**32.** **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..........

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Descr be each claim................
Claim against heirs of Alan Fleishman for pro rata share of past and future costs related to Okeechobee Properties and Homossasa Property; Claim Against Julia Ramirez for utilities due in pre-closing occupancy.

**unknown**

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Descr be each claim................
Claim against neighbor on the east side of 1312 Po k Street for maintaining an illegal structure on the wall of 1312 Po k Street. Owners are Caucci, Robert; Salvi, Lucy of the property known as 222 N 13 Avenue, Hollywood, their mailing address is 8257 Giguere *Lasalle QC CA H8N 2B8

**unknown**

**35.** **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information..........

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................→

**$286,044.19**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**38.** **Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe........       _____     _____

**39.** **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe........       _____     _____

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........       _____     _____

**41.** **Inventory**

☐ No
☐ Yes. Describe........       _____     _____

**42.** **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

     Name of entity:                                   % of ownership:

     _____      _____%     _____

     _____      _____%     _____

     _____      _____%     _____

**43.** **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes. Describe........       _____     _____

**44.** **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
     information.........

     _____     _____

     _____     _____

     _____     _____

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

_____     _____

_____     _____

_____     _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**........................................................................................ ➔   |_____|

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

47. **Farm animals**
*Examples:*  Livestock, poultry, farm-raised fish
☐ No
☐ Yes........................    |_____|    _____

48. **Crops—either growing or harvested**
☐ No
☐ Yes. Give specific
information.............    |_____|    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
☐ Yes........................    |_____|    _____

50. **Farm and fishing supplies, chemicals, and feed**
☐ No
☐ Yes........................    |_____|    _____

51. **Any farm- and commercial fishing-related property you did not already list**
☐ No
☐ Yes. Give specific
information.............    |_____|    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**........................................................................................ ➔   |_____|

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**53.** **Do you have other property of any kind you did not already list?**

*Examples:*   Season tickets, country club membership

☐ No

☑ Yes. Give specific
information............

| Garden plants at 4121 N 31st Avenue., pumpkins, peas, banana ( 2 varieties), plantains, tomatoes, key limes, etc., no value | **unknown** |
|---|---|

**54.** Add the dollar value of all of your entries from Part 7. Write that number here.....................................➔     **$0.00**

---

**Part 8:**  List the Totals of Each Part of this Form

---

**55.** **Part 1: Total real estate, line 2**...............................................................................................➔     **$478,747.50**

**56.** **Part 2: Total vehicles, line 5**     **$13,225.00**

**57.** **Part 3: Total personal and household items, line 15**     **$8,735.00**

**58.** **Part 4: Total financial assets, line 36**     **$286,044.19**

**59.** **Part 5: Total business-related property, line 45**     **$0.00**

**60.** **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

**61.** **Part 7: Total other property not listed, line 54**     **+**     **$0.00**

**62.** **Total personal property.** Add lines 56 through 61...............     **$308,004.19**     Copy personal property total ➔     **+**     **$308,004.19**

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62.......................................................     **$786,751.69**

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
### Continuation Page

| | |
|---|---|
| 6. **Household goods and furnishings** | |
| Oven, Stove, Microwave, Dishwasher | $200.00 |
| sofa, end tables, coffee table, lamps, dining room table & 6 chairs, storage chests, armoires, night stands, beds, outdoor furniture, china & flatware, small appliances and kitchen items. Mostly in Jupiter | $3,000.00 |
| washer and dryer - Jupiter | $50.00 |
| Over-under washer-dryer combination appliance from Sears, paid for, not delivered, value unknown, transaction estimated to be in 2004 | unknown |
| 7. **Electronics** | |
| 2 point and shoot cameras, old mp3 players, 2 am/fm radios, turntable for converting vinyl to digital all at 4121 N 31st Avenue | $100.00 |
| Portable Lenovo "7" Android Tablet | $20.00 |
| Kindle Fire and books thereon | $20.00 |
| Flat panel television located in Jupiter - at least 10 years old)$50.00, DVD/Blue Ray player $10.00 | $60.00 |
| 8. **Collectibles of value** | |
| Oils, water colors, prints; figurines, vases, statues, family photos- some items at 4121 N 31st Avenue, most items in Jupiter | $1,500.00 |
| Hawaiian Vase located at 4121 N 31st Avenue | $20.00 |
| 9. **Equipment for sports and hobbies** | |
| Well used camping equipment, hunting equipment, knives and tools some located at 4121 N 31st Avenue, some located in Jupiter | $100.00 |
| 2 bicycles 1 in Jupiter and 1 located at 4121 n 31st Avenue | $100.00 |
| 1979 - 80 Japanese Epiphone guitar $25.00 Recorder and Penny Whistle $1.00 | $26.00 |
| Motorcycle transport rack | $10.00 |
| 14. **Any other personal and household items you did not already list, including any health aids you did not list** | |
| Misc prescription medications, prescription glasses, inversion chair, roman chair | $1.00 |
| Miscellaneous Holiday decorations $100.00, misc (mostly reclaimed) building materials with little or no value. some items at 1312 Polk, some located in Jupiter | $500.00 |
| Vinyl records - Mrs. Gleasons are mixed in located in Jupiter | $25.00 |
| Consumables, food, wine, spices, canned goods and dry goods | $1.00 |
| Collection of Cross Pens | $500.00 |
| 27. **Licenses, franchises, and other general intangibles** | |
| Real Estate Sales License | unknown |
| Concealed weapons permit- State of Florida | unknown |
| Florida drivers license | unknown |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number  17-25508
(if known)

☐ Check if this is an
amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Three Contiguous Lots 1312 Polk St Hollywood, FL 33019-1037<br><br>Line from *Schedule A/B*: 1.2 | $315,440.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: 1997 Ford E-150 VIN: 1FDEE14L1VHB51192 VIN:1FDEE14L1VHB51192. Personal vehicle. Poor Condition<br><br>Line from *Schedule A/B*: 3.2 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |

3. **Are you claiming a homestead exemption of more than $160,375?**

    Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐ No

    X Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☒ Yes

---

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2015 Canoe NA VIN: NA Plastic, in Jupiter<br>Line from *Schedule A/B*: 4.10 | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: 2017 Homemade Watercraft trailier VIN: None not yet titled or registered. In Jupiter<br>Line from *Schedule A/B*: 4.11 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: 2004 Snowbear 450LHD VIN: NA Rough condition - stored at 1312 Polk Street<br>Line from *Schedule A/B*: 4.7 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: Oven, Stove, Microwave, Dishwasher<br>Line from *Schedule A/B*: 6 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: sofa, end tables, coffee table, lamps, dining room table & 6 chairs, storage chests, armoires, night stands, beds, outdoor furniture, china & flatware, small appliances and kitchen items. Mostly in Jupiter<br>Line from *Schedule A/B*: 6 | $3,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: washer and dryer - Jupiter<br>Line from *Schedule A/B*: 6 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: Over-under washer-dryer combination appliance from Sears, paid for, not delivered, value unknown, transaction estimated to be in 2004<br>Line from *Schedule A/B*: 6 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

| Debtor 1 | Kevin | Christopher | Gleason | Case number (if known) 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Flat panel television located in Jupiter - at least 10 years old)$50.00, DVD/Blue Ray player $10.00<br><br>Line from Schedule A/B: 7 | $60.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B)<br>_____<br>_____<br>_____ |
| Brief description: Oils, water colors, prints; figurines, vases, statues, family photos- some items at 4121 N 31st Avenue, most items in Jupiter<br><br>Line from Schedule A/B: 8 | $1,500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B)<br>_____<br>_____<br>_____ |
| Brief description: personal firearms, inventory to be provided to trustee and interested parties upon request<br><br>Line from Schedule A/B: 10 | $2,000.00 | ☑ $1,000 00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2)<br>_____<br>_____<br>_____ |
| Brief description: Misc prescription medications, prescription glasses, inversion chair, roman chair<br><br>Line from Schedule A/B: 14 | $1.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(2)<br>_____<br>_____<br>_____ |
| Brief description: Miscellaneous Holiday decorations $100.00, misc (mostly reclaimed) building materials with little or no value. some items at 1312 Po k, some located in Jupiter<br><br>Line from Schedule A/B: 14 | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B)<br>_____<br>_____<br>_____ |
| Brief description: Chase - XXXX2090 Homestead Account Savings account<br><br>Line from Schedule A/B: 17 | $240,001.93 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 |

| Debtor 1 | Kevin | Christopher | Gleason | Case number (if known) 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: "Penny" stocks, most worthless. List available on request. Line from Schedule A/B: 18 | unknown | ☑ unknown ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: Florida Bankruptcy Group, LLC., a Florida limited liability company, owned 99% by Patricia E Gleason P.A., and 1% by Kevin C. Gleason and Patricia E Gleason as tenants-by-entireties Line from Schedule A/B: 19 | unknown | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description: Paychex 401 (k) Profit Sharing Plan and Trust Line from Schedule A/B: 21 | $21,929.95 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |
| Brief description: American Funds last 4 digits of acct # X3431 Line from Schedule A/B: 21 | $13,630.85 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |
| Brief description: Scottrade. Last 4 digits of acct # 7703 Line from Schedule A/B: 21 | $10,281.65 | ☑ $10,281.65 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |
| Brief description: Claim against neighbor on the east side of 1312 Polk Street for maintaining an illegal structure on the wall of 1312 Polk Street. Owners are Caucci, Robert; Salvi, Lucy of the property known as 222 N 13 Avenue, Hollywood, their mailing address is 8257 Giguere *Lasalle QC CA H8N 2B8 Line from Schedule A/B: 34 | unknown | ☑ unknown ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number   17-25508
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

| | |
|---|---|
| **2.** | **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Broward County Tax Collector
Creditor's Name

115 S Andrews Avenue A-100
Number       Street

Ft Lauderdale, FL 33301-1895
City                State            ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jan 01, 2017

**Describe the property that secures the claim:**

Office Property
4121 N 31st Ave Hollywood, FL 33021-2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliqdated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**  0  7  3  9

Column A: $3,402.56
Column B: $157,310.00
Column C: $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,402.56 |
|---|---|

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2** Citrus County Tax Collector
Creditor's Name

JANICE A. WARREN C.F.C.

210 N Apopka Ave Ste 100
Number          Street

Inverness, FL 34450-4298
City                          State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jan 01, 2018

**Describe the property that secures the claim:**

| Vacant land, Citrus County |
| 3596 S Avens Way Homossasa, FL |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**  9   3   4   3

Column A: $12.35   Column B: $310.00   Column C: $0.00

| **Remarks:** Assumes same amount for 2018 as 2017 |

---

**2.3** Deutsche Bank National Trust Company
Creditor's Name

c/o Nationstar Mortgage, LLC

PO Box 619096
Number          Street

Dallas, TX 75261-9096
City                          State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jul 05, 2004

**Describe the property that secures the claim:**

| Three Contiguous Lots |
| 1312 Polk St Hollywood, FL 33019-1037 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**  6   4   5   6

Column A: $630,880.00   Column B: $315,440.00   Column C: $0.00

| **Remarks:** Amount and viability are to be challenged. Non-recourse due to discharge in Chapter 11. |

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $630,892.35 |

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.4**

Deutsche Bank Trust Company Americas
Creditor's Name

60 Wall St Fl 37
Number          Street

New York, NY 10005-2837
City                State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Feb 01, 2006

**Describe the property that secures the claim:**

Office Property
4121 N 31st Ave Hollywood, FL 33021-2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**  5  1  5  2

| $153,970.44 | $157,310.00 | $63 00 |

**Remarks:** Non-recourse due to discharge in Chapter 11. Viability of the mortgage will be challenged. Lien satisfied under confirmed Chapter 11 Plan.

---

**2.5**

Kincaid, James G + Suzanne A
Creditor's Name

11289 Wedgefield Ct
Number          Street

Fishers, IN 46037-8862
City                State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jan 05, 2010

**Describe the property that secures the claim:**

Chase - XXXX2090 Homestead Account

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**  1  4  4  2

| $197,332.60 | $240,001.93 | $0 00 |

**Remarks:** Filed UCC-1 in accordance with confirmed Plan, exempt as proceeds of homestead.

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $351,303.04

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | | | Case number *(if known)* 17-25508 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

|  | | **Additional Page** | | *Column A* | *Column B* | *Column C* |
|---|---|---|---|---|---|---|
| **Part 1:** | | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.6** Okeechobee County Tax Collector
Creditor's Name

307 NW 5th Street Suite B
Number      Street

Okeechobee, FL 34972
City                State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jan 01, 2018

**Describe the property that secures the claim:**

Vacant Land 288th St +/- 1.25 Acre
16469 NW 288th St Okeechobee, FL 34972

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 6 __ 0 __ 0 __ 0

Column A: $662.16    Column B: $3,562.50    Column C: $0.00

> **Remarks:** Parcel No. 1-14-34-33-OAOO-00030-0000, Assumes same amount as 2017, $248.12, plus disputed 2010 of 414.04

---

**2.7** Okeechobee County Tax Collector
Creditor's Name

307 NW 5th Street Suite B
Number      Street

Okeechobee, FL 34972
City                State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Jan 01, 2018

**Describe the property that secures the claim:**

Vacant Land 310th St. +/- 1.25 Acre
17870 NW 310th Street Okeechobee, FL 34972

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 5 __ 7 __ 0 __ 0

Column A: $238.49    Column B: $2,125.00    Column C: $0.00

> **Remarks:** Parcel # 1-10-34-33-0A00-00018-J000, amount assumes that 2018 will be the same as 2017

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $900.65 |
|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| 2.8 | | | | |
|---|---|---|---|---|

**2.8** Southeast Toyota Finance — Creditor's Name

PO Box 991817
Number        Street

Mobile, AL 36691-8817
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** Dec 09, 2015

**Describe the property that secures the claim:** $15,000.00 | $12,000.00 | $3,000.00

2015 Toyota Prius
VIN:JTDKN3DU8F1987829. Business Vehicle - Usually at 4121 N 31st Avenue

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 1 8 3 2

**Remarks:** Paid outside the Plan by employer

Add the dollar value of your entries in Column A on this page. Write that number here: $15,000.00

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
Aldridge Connors, LLP
Name
1615 S Congress Ave Ste 200
Number        Street


Delray Beach, FL 33445-6326
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    4

Last 4 digits of account number ___ ___ ___ ___

**2**
Aldridge Pite, LLP
Name
3575 Piedmont Rd Ne # 500
Number        Street


Atlanta, GA 30305-1623
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    3

Last 4 digits of account number ___ ___ ___ ___

**3**
Aldridge Pite, LLP
Name
PO Box 17933
Number        Street


San Diego, CA 92177-7921
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    3

Last 4 digits of account number ___ ___ ___ ___

**4**
Aldridge Pite, LLP
Name
3575 Piedmont Rd Ne # 500
Number        Street


Atlanta, GA 30305-1623
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    4

Last 4 digits of account number  5   1   5   2

**5**
Brock & Scott, PLLC
Name
1501 NW 49th St Ste 200
Number        Street


Ft Lauderdale, FL 33309-3723
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    4

Last 4 digits of account number  3   9   2   2

**6**
Deutsche Bank
Name
60 Wall St
Number        Street
John Cryan, CEO
New York, NY 10005-2836
City                              State        ZIP Code

On which line in Part 1 did you enter the creditor?    3

Last 4 digits of account number ___ ___ ___ ___

**Part 2: List Others to Be Notified for a Debt That You Already Listed** Additional Page

**7**
Name: Deutsche Bank
Number / Street: 60 Wall St
John Cryan, CEO
City State ZIP Code: New York, NY 10005-2836

On which line in Part 1 did you enter the creditor? **4**
Last 4 digits of account number ___ ___ ___ ___

**8**
Name: Deutsche Bank National Trust Company
Number / Street: 60 Wall St
Jane Providente, Director, Deutsche Bank
City State ZIP Code: New York, NY 10005-2836

On which line in Part 1 did you enter the creditor? **3**
Last 4 digits of account number ___ ___ ___ ___

**9**
Name: Deutsche Bank National Trust Company
Number / Street: 1761 East Saint Andrew Place, 2nd Floor
City State ZIP Code: Santa Ana, CA 97205-4934

On which line in Part 1 did you enter the creditor? **4**
Last 4 digits of account number ___ ___ ___ ___

**10**
Name: Deutsche Bank National Trust Company
Number / Street: 3 Park Plz # 16
City State ZIP Code: Irvine, CA 92614-8505

On which line in Part 1 did you enter the creditor? **4**
Last 4 digits of account number ___ ___ ___ ___

**11**
Name: Deutsche Bank Trust Company Americas
Number / Street: 60 Wall St Fl 37
Residential Accredit Loans, 2006- QS7
City State ZIP Code: New York, NY 10005-2837

On which line in Part 1 did you enter the creditor? **4**
Last 4 digits of account number ___ ___ ___ ___

**12**
Name: Deutsche Bank Trust Company Americas
Number / Street: 60 Wall St Fl 37
Legal Department
City State ZIP Code: New York, NY 10005-2837

On which line in Part 1 did you enter the creditor? **4**
Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:  List Others to Be Notified for a Debt That You Already Listed Additional Page

**13**
Nationstar Mortgage, LLC d.b.a mr. Cooper
Name

PO Box 7729
Number        Street


Springfield, OH 45501-7729
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___3___
**Last 4 digits of account number** _6_ _4_ _5_ _6_

---

**14**
Ocwen
Name

P.O. Box 24738
Number        Street


West Palm Bch, FL 33416-4738
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___4___
**Last 4 digits of account number** ___ ___ ___ ___

---

**15**
Robertson Anscutz & Schneid PL
Name

6409 Congress Ave Ste 100
Number        Street


Boca Raton, FL 33487-2853
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___3___
**Last 4 digits of account number** ___ ___ ___ ___

---

**16**
Shapiro, Fishman & Gaché, LLP
Name

4630 Woodland Corporate Blvd Ste 100
Number        Street


Tampa, FL 33614-2429
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___3___
**Last 4 digits of account number** _9_ _9_ _8_ _4_

---

**17**
Shapiro, Fishman & Gaché, LLP
Name

2424 N Federal Hwy Ste 360
Number        Street


Boca Raton, FL 33431-7780
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___3___
**Last 4 digits of account number** ___ _C_ _X_ _E_

---

**18**
Trip Up Trust
Name

11289 Wedgefield Ct
Number        Street

c/o James G. Kincaid & Suzanne A. Kincaid

Fishers, IN 46037-8862
City                                State        ZIP Code

**On which line in Part 1 did you enter the creditor?** ___5___
**Last 4 digits of account number** _P_ _o_ _l_ _k_

---

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    | $1,001,498.60 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Kevin**     **Christopher**     **Gleason** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (if known) 17-25508

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** <br> Priority Creditor's Name <br><br> **Centralized Insolvency Operations** <br><br> **POB 7346** <br> Number    Street <br> **Philadelphia, PA 19101-7346** <br> City    State    ZIP Code | Last 4 digits of account number  **3815** <br><br> **When was the debt incurred?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | | <u>unknown</u> | <u>unknown</u> | <u>unknown</u> |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Remarks:** 2016 (on extension) and 2017 1040 Income taxes

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* | 17-25508 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

| **Barclays Bank** | Last 4 digits of account number _____ | $6,997.76 |
|---|---|---|
| Nonpriority Creditor's Name | | |

**125 E West Street**

Number         Street

**Wilmington, DE 19801-5014**

City                State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?    12/12/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**4.2**

| **Bashkin, Leonard** | Last 4 digits of account number _____ | $318.34 |
|---|---|---|
| Nonpriority Creditor's Name | | |

**100 Riverside Drive**

Number         Street

**Moreland Hill, OH 44022-1155**

City                State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?    12/12/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**Remarks:** Will be paid outside the Plan from proceeds of sale of real estate.

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.3**

**Discover Bank**
Nonpriority Creditor's Name

**Po Box 15316**
Number          Street

**Wilmington, DE 19850-5316**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Will be paid outside the Plan from proceeds of sale of real estate.

Last 4 digits of account number  **0987**
**When was the debt incurred?**    **12/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**$2,401.23**

---

**4.4**

**Gleason, Patricia Ecker**
Nonpriority Creditor's Name

**1504 Summer Ave**
Number          Street

**Jupiter, FL 33469-3120**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Will be paid outside the Plan from proceeds of sale of real estate.

Last 4 digits of account number  _____
**When was the debt incurred?**    **12/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**$10,000.00**

---

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.5**

**Internal Revenue Service**
Nonpriority Creditor's Name

**Centralized Insolvency Operations**

**POB 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City               State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Will be paid outside the Plan from proceeds of sale of real estate.

Last 4 digits of account number  **3815**

When was the debt incurred?      **12/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**$5,434.76**

---

**4.6**

**Jager Smith PC**
Nonpriority Creditor's Name

**Po Box 498**
Number          Street

**Norwell, MA 02061-0498**
City               State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Will be paid outside the Plan from proceeds of sale of real estate.

Last 4 digits of account number  **001M**

When was the debt incurred?      **12/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Amount due after Chapter 11, discharged but payable on sale of certain real property.**

**$9,386.78**

---

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 3:**</div> List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Discover Bank**
Name
**POB 3025**
Number          Street
**New Albany, NY 43054-3025**
City                          State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.3__ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0987**

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number          Street

City                          State      ZIP Code

One which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* **17-25508** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $34,538.87 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $34,538.87 |

Fill in this information to identify your case:

| Debtor 1 | Kevin | Christopher | Gleason |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number **17-25508**
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number   Street | |
| City                    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number   Street | |
| City                    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number   Street | |
| City                    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number   Street | |
| City                    State    ZIP Code | |
| **2.5** | |
| Name | |
| Number   Street | |
| City                    State    ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | | **Southern District of Florida** | |
| Case number | 17-25508 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

   _____
   Name

   _____
   Number     Street

   _____
   City                          State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Fleishman c/o Jill Leonard, Brooke Lynn <br> Name <br> 4210 Aria Dr <br> Number     Street <br> Melbourne, FL 32904-1203 <br> City                State      ZIP Code | ☑ Schedule D, line _2.2, 2.6, 2.7_ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** Fleishman, Jordan Nicole <br> Name <br> 4210 Aria Dr <br> Number     Street <br> Melbourne, FL 32904-1203 <br> City                State      ZIP Code | ☑ Schedule D, line _2.2, 2.6, 2.7_ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** Florida Bankruptcy Group, LLC <br> Name <br> 4121 N 31st Ave <br> Number     Street <br> Hollywood, FL 33021-2011 <br> City                State      ZIP Code | ☑ Schedule D, line _2.8_ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (if known): 17-25508

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not Employed | ☑ Employed<br>☐ Not Employed |
| Occupation | Attorney | Real Estate Broker/Sales |
| Employer's name | Florida Bankruptcy Group, LLC | Patricia Gleason LLC |
| Employer's address | 4121 N 31st Ave<br>Number Street | 1504 Summer Ave<br>Number Street |
| | 4121 N 31 Ave | |
| | Hollywood, FL 33021-2011<br>City    State    Zip Code | Jupiter, FL 33469-3120<br>City    State    Zip Code |
| How long employed there? | 9 years | 6 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $2,466.67 | $7,481.25 |
| 3. Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $2,466.67 | $7,481.25 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................➔ | 4. | $2,466.67 | $7,481.25 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $315.27 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $68.63 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $33.33 | $77.50 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $137.76 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $101.96 | $530.53 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $2,364.71 | $6,950.72 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $2,364.71 + $6,950.72 = | $9,315.43 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                  11. + _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. | $9,315.43 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  Non-debtor spouse works on commissions, which is unpredictable. Debtor's income is unpredictable as same can only be paid after covering all expenses of the law firm.

Fill in this information to identify your case:

| Debtor 1 | Kevin | Christopher | Gleason |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number   17-25508
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**     ☐ No

Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 21 | ☑ No. ☐ Yes. |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No
      ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $2,081.01 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $250.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $121.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $66.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $70.00 |
| | 6d. Other. Specify: _____ 1312 Po k Street _____ | 6d. | $280.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,118.00 |
| 8. | **Childcare and children's education costs** | 8. | $1,598.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. | **Personal care products and services** | 10. | $130.00 |
| 11. | **Medical and dental expenses** | 11. | $167.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $406.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $52.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $213.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $542.00 |
| | 15d. Other insurance. Specify: _____ Casualty for 4121 and lots _____ | 15d. | $181.30 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ Daughter's Car _____ | 17c. | $258.44 |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $1,199.10 |
| | 20b. Real estate taxes | 20b. | $85.39 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1    Kevin    Christopher    Gleason    Case number *(if known)* 17-25508

First Name    Middle Name    Last Name

---

21. **Other.** Specify: _____    21.    + _____ $0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    _____ $9,018.24

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ $9,018.24

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.    _____ $9,315.43

23b. Copy your monthly expenses from line 22c above.    23b.    − _____ $9,018.24

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    _____ $297.19

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    None

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Kevin | Christopher | Gleason |
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |

United States Bankruptcy Court for the: _____ Southern District of Florida

Case number    17-25508
(if known)

❑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | $478,747.50 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... | $308,004.19 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................. | $786,751.69 |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $1,001,498.60 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $34,538.87 |
| **Your total liabilities** | $1,036,037.47 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $9,315.43 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................... | $9,018.24 |

| Debtor 1 | **Kevin** | **Christopher** | **Gleason** | Case number *(if known)*  17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                          _____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Florida** | |
| Case number | 17-25508 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.**

X  /s/ Kevin Christopher Gleason                     X  _____
Kevin Christopher Gleason, Debtor 1

Date  01/08/2018                          Date  _____
MM/  DD/  YYYY                              MM/  DD/  YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **Christopher** | **Gleason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Florida** | |
| Case number | 17-25508 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1442 Po k St | From  Aug 01, 2009 | | From _____ |
| Number    Street | To    Dec 29, 2016 | Number    Street | To    _____ |
| Hollywood, FL 33020-5245 | | | |
| City                          State   ZIP Code | | City                          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1503 Berkshire Ave | From  Dec 30, 2016 | | From _____ |
| Number    Street | To    May 31, 2017 | Number    Street | To    _____ |
| Jupiter, FL 33469-3103 | | | |
| City                          State   ZIP Code | | City                          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2017 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $73,400.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $73,400.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Descrbe below. | **Gross Income from each csoure**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| | | | | |
| **For last calendar year:**<br>(January 1 to December 31, 2017 )<br>YYYY | Recycled batteries | $47.00 | | |
| | Draw/Advance from FBG | $10,500.00 | | |

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| For the calendar year before that: | Sale of homestead, | $519,566.69 | | |
|---|---|---|---|---|
| (January 1 to December 31, __2016__ ) | misc other | | | |
| YYYY | non-employment | | | |
| | income | | | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number     Street | | | | |
| City           State     ZIP Code | | | | |
| Creditor's Name | | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number     Street | | | | |
| City           State     ZIP Code | | | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | | | | |
| Number    Street | | | | |
| City            State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City            State    ZIP Code | | | | |
| Insider's Name | | | | |
| Number    Street | | | | |
| City            State    ZIP Code | | | | |

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | Deutsche Bank National Trust Company v. Kevin C Gleason, et al. | Foreclosure | Broward Circuit Court<br>Court Name<br>201 Se 6th St<br>Number      Street<br>Ft Lauderdale, FL 33301-3303<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 2015-CA-021920 | | | |
| Case title | Deutsche Bank Trust Company Americas v Kevin C Gleason, et al. | Foreclsoure | Broward Circuit Court<br>Court Name<br>201 Se 6th St<br>Number      Street<br>Ft Lauderdale, FL 33301-3303<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | CACE 11023591 | | | |
| Case title | In re: Kevin C. Gleason | Chapter 11 Bankruptcy | United States Bankruptcy Court, S.D. FL, Fort Lauderdale Div.<br>Court Name<br>299 E Broward Blvd 112<br>Number      Street<br>Ft Lauderdale, FL 33301-1944<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 16-10001-JKO | | | |
| Case title | Kevin C Gleason v. Nationstar Mortgage, LLC, et al. | FDCPA | United States District Court, S.D. FL<br>Court Name<br>299 E Broward Blvd Ste 108<br>Number      Street<br>Ft Lauderdale, FL 33301-1922<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | 17-cv-60854-WPD | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

Debtor 1    **Kevin**         **Christopher**         **Gleason**         Case number *(if known)* 17-25508
            First Name        Middle Name             Last Name

| | Describe the property | | Date | Value of the property |
|---|---|---|---|---|
| _____ | | | _____ | _____ |
| Creditor's Name | | | | |
| | | | | |
| _____ | **Explain what happened** | | | |
| Number    Street | | | | |
| | ☐ Property was repossessed. | | | |
| _____ | ☐ Property was foreclosed. | | | |
| | ☐ Property was garnished. | | | |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. | | | |

| | Describe the property | | Date | Value of the property |
|---|---|---|---|---|
| _____ | | | _____ | _____ |
| Creditor's Name | | | | |
| | | | | |
| _____ | **Explain what happened** | | | |
| Number    Street | | | | |
| | ☐ Property was repossessed. | | | |
| _____ | ☐ Property was foreclosed. | | | |
| | ☐ Property was garnished. | | | |
| City        State    ZIP Code | ☐ Property was attached, seized, or levied. | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| | | _____ | _____ |
| _____ | | | |
| Number    Street | | | |
| | | | |
| _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City        State    ZIP Code | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Person to Whom You Gave the Gift

_____

Number      Street

City                    State    ZIP Code

Person's relationship to you  _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Person to Whom You Gave the Gift

_____

Number      Street

City                    State    ZIP Code

Person's relationship to you  _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

Charity's Name

_____

Number      Street

City                    State    ZIP Code

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | Kevin | Christopher | Gleason | Case number (if known) 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| Florida Lottery | | 2017 | $15.00 |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Debthelper.com | Prebankruptcy Credit Counseling | Dec 13, 2017 | $24.00 |
| Person Who Was Paid | | | |
| | | | |
| Number      Street | | | |
| | | | |
| , | | | |
| City                    State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | | |
| Number      Street | | | |
| | | | |
| City                    State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | | |
| City          State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
   Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Brian P. O'Sullivan<br>Person Who Received Transfer | 2005 Honda Ruckus, broken | $500.00 | Oct 02, 2017 |
| 428 W Wisconsin Ave<br>Number      Street | | | |
| Deland, FL 32720-4135<br>City          State    ZIP Code | | | |
| Person's relationship to you  None | | | |
| Neighbor<br>Person Who Received Transfer | Double Kayak | $125.00 | Jun 09, 2017 |
| Number      Street | | | |
| , FL<br>City          State    ZIP Code | | | |
| Person's relationship to you  wife | | | |
| Ciara Gleason<br>Person Who Received Transfer | Closed Florida Pre-paid college account and used proceeds to pay for off-campus housing | 4552.86 | Apr 25, 2016 |
| 1504 Summer Ave<br>Number      Street | | | |
| Jupiter, FL 33469-3120<br>City          State    ZIP Code | | | |
| Person's relationship to you  Daughter | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

   ☑ No
   ☐ Yes. Fill in the details.

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
| | First Name | Middle Name | Last Name | |

| | **Description and value of the property transferred** | **Date transfer was made** |
|---|---|---|

Name of trust _____

_____

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br><br>_____<br>**City           State    ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br><br>_____<br>**City           State    ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | **Who else had access to it?** | **Describe the contents** | **Do you still have it?** |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City           State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number      Street**<br><br>_____<br>**City           State    ZIP Code** | | ☐ No<br>☐ Yes |

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Mildew Manor<br>**Name of Storage Facility**<br><br>1312 Polk Street<br>**Number    Street**<br><br>Hollywood, FL 33019<br>**City            State    ZIP Code** | Self, Patricia Ecker Gleason, Stanley Svetich<br>**Name**<br><br>**Number    Street**<br><br>,<br>**City            State    ZIP Code** | misc reclaimed building materials, cabinets, toilets, bidets, reclaimed wood flooring, reclaimed doors | ☐ No<br>☑ Yes |

## Part 9:  Identify Property You Hold or Control for Someone Else

23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Gleason, Patricia Ecker<br>**Owner's Name**<br><br>1504 Summer Ave<br>**Number    Street**<br><br>Jupiter, FL 33469-3120<br>**City            State    ZIP Code** | 1504 Summer Ave<br>**Number    Street**<br><br>Jupiter, FL 33469-3120<br>**City            State    ZIP Code** | personal property of Patricia Ecker Gleason, and TBE, clothing, jewelry, artwork, keepsakes, electronics, furniture, firearms and accessories. Large photograph of Bayside Marketplace in Miami. Most in Jupiter, some in Hollywood. | $0.00 |
| Florida Bankruptcy Group, LLC<br>**Owner's Name**<br><br>4121 N 31st Avenue<br>**Number    Street**<br><br>Hollywood, FL 33021<br>**City            State    ZIP Code** | 4121 N 31st Avenue<br>**Number    Street**<br><br>Hollywood, FL 33021<br>**City            State    ZIP Code** | cell phone, notebook computer, computer backpack, portable accessories, all office equipment and contents of the office and stored at the office, at 4121 N 31st Ave. | $0.00 |
| V ktoria Benkovitch<br>**Owner's Name**<br><br>**Number    Street**<br><br>,<br>**City            State    ZIP Code** | Seaside National Bank<br>**Number    Street**<br><br>,<br>**City            State    ZIP Code** | Chapter 11 disbursing agent account | $450.00 |
| IOLTA<br>**Owner's Name**<br><br>**Number    Street**<br><br>,<br>**City            State    ZIP Code** | Wells Fargo IOLTA acct<br>**Number    Street**<br><br>,<br>**City            State    ZIP Code** | Funds in trust account | $25.00 |

Debtor 1   **Kevin**          **Christopher**          **Gleason**
           First Name        Middle Name             Last Name

Case number *(if known)* 17-25508

| daughter | 4121 N 31st Avenue | firearms and accessories, personal records | $1.00 |
| Owner's Name | Number      Street | | |
| | | | |
| Number      Street | Hollywood, FL 33021 | | |
| | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

| Son | 4121 N 31st Avenue | Firearms and accessories | $1.00 |
| Owner's Name | Number      Street | | |
| | | | |
| Number      Street | Hollywood, FL 33021 | | |
| | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
| | | | |
| Name of site | Governmental unit | | |
| | | | |
| Number      Street | Number      Street | | |
| | | | |
| | City          State    ZIP Code | | |
| City            State    ZIP Code | | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |

_____    _____    
**Name of site**                **Governmental unit**

_____    _____
**Number    Street**            **Number    Street**

                             _____
                             **City        State    ZIP Code**

_____
**City            State    ZIP Code**

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | | | ☐ Pending |
| | **Court Name** | | ☐ On appeal |
| | _____ | | ☐ Concluded |
| _____ | **Number    Street** | | |
| **Case number** _____ | _____ | | |
| | **City    State    ZIP Code** | | |

## Part 11:    Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Florida Bankruptcy Group, LLC_<br>**Name** | Law Firm | |
| | | EIN: _3_ _7_ – _1_ _5_ _9_ _1_ _1_ _5_ _3_ |
| _4121 N 31st Ave_<br>**Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____ | Patricia E Gleason | |
| _Hollywood, FL 33021-2011_<br>**City    State    ZIP Code** | | From   _Nov 13, 2009_  To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Kevin Gleason, P.A._<br>**Name** | Law Office | |
| | | EIN: _6_ _5_ – _0_ _7_ _6_ _2_ _3_ _0_ _2_ |
| _4121 N 31st Ave_<br>**Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____ | Kevin C Gleason | |
| _Hollywood, FL 33021-2011_<br>**City    State    ZIP Code** | | From   _Jan 11, 2017_  To _____ |

| Debtor 1 | Kevin | Christopher | Gleason | Case number *(if known)* 17-25508 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number      Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From _____ To _____ |
| **City                    State          ZIP Code** | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number      Street** | |
| **City                    State          ZIP Code** | |

---

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X ____/s/ Kevin Christopher Gleason____           X _____

Signature of Debtor 1                                              Signature of Debtor 2

Date  01/08/2018                                                    Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____.          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).