UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 17-25508
                                                                Chapter 13
KEVIN C. GLEASON
XXX-XX-3815

_____Debtor_____/

## MOTION TO COMPEL TURNOVER OF BALANCE OF PROCEEDS FROM SALE OF REAL PROPERTY

COMES NOW Creditor, SUZANNE KINCAID/TRIP UP TRUST and files this Motion to Compel Turnover of Balance of Proceeds from Sale of Real Property on the following basis:

1. Suzanne Kincaid/ Trip Up Trust, secured creditor, request that the Debtor turnover the $197,332.60 held in debtor's Chase Bank account 2090 to Suzanne Kincaid/Trip Up Trust as these funds were proceeds received from the sale of real property on which Suzanne Kincaid and James G. Kincaid[1] held a mortgage.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§157(b).

## BACKGROUND

3. TRIP UP TRUST ("Trip Up") and Suzanne Kincaid ("Kincaid") have a secured claim by virtue of the UCC-1 filed with the Department of State, State of Florida, as evidenced by and described in the UCC-1 attached hereto as "**Exhibit A**".

---

[1] James G. Kincaid is now deceased.

4.  Debtor has a Chase Account 2090 on which Creditor Suzanne Kincaid ("Kincaid") has a secured claim. As of December 31, 2017 ("Chapter13 Petition Date") the balance in the Chase bank account was $240,745.82. Attached hereto as **Exhibit B** is a copy of the Chase Bank account 2090.

5.  On January 4, 2010, James G. Kincaid and Suzanne A. Kincaid ("the Kincaids") transferred to Kevin C. Gleason by warranty deed dated January 4, 2010 and recorded April 15, 2010 in Official record book 47016 page 512 in Broward County, Florida the property located at 1442 Polk Street, Hollywood, FL 33020, legally described as:

> LOTS 25 AND 26, BLOCK 94, OF HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. Property ID # 5142 15 02 7620.

(hereafter "the 1442 Property")

6.  The transfer of the 1442 Property was subject to a Purchase Money First Mortgage in the original principal sum of $405,000.00 from the Debtor and his wife, Patricia E. Gleason[2] to the Kincaids. Attached hereto as **Exhibit "C"** is a copy of the Mortgage dated January 5, 2010 and recorded on April 15, 2010 in Official Record Book 47016 Page 514 with the Clerk of Court, Broward County, Florida. ("Mortgage")

7.  Paragraph 13 of the mortgage states as follows "(i)f all or any party of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument".

---

[2] 8 months after signing the mortgage, Patricia Gleason filed for Chapter 7 relief on August 31, 2010, case number 10-36112. Patricia Gleason did not list the Kincaids as creditors in her Chapter 7 case.

The Chapter 11 Case.

8. On December 31, 2016 Debtor, Kevin Gleason ("Debtor") filed for Chapter 11 relief in the Southern District of Florida, Case Number 16-10001-JKO. ("Chapter 11 case").

9. The Debtor's Chapter 11 Third Amended Plan dated October 21, 2016 provided for treatment of Kincaid as follows:

"Class 8 consists of **James G. Kincaid and Suzanne Adkison Kincaid** (hereinafter the "Kincaids"), related to their interest in a non-recourse mortgage recorded in Official Records Book 47016, at Page 512, encumbering real property commonly known as 1442 Polk Street, Hollywood, Broward County, Florida 33020, and described as:

LOTS 25 AND 26, BLOCK 94, OF HOLLYWOOD, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. Property ID # 5142 15 02 7620. (the "1442 Property"),

which is solely owned by the Debtor, but subject to the inchoate interests of his non-debtor spouse, Patricia E Gleason. This class is impaired.

The 1442 Property will be sold by listing it with Seabreeze Realty, LLC [4]. From the proceeds of sale, the balance due on the non-recourse note shall be paid down such that the principal balance will be $200,000. The sum of $240,000 shall be placed into an interest-bearing account secured to the benefit of the Kincaids until the acquisition of a replacement property on which the Kincaids shall hold a 1st mortgage with no less than an 80% loan-to-value ratio [5], and otherwise the terms of the existing mortgage, including the requirement for continuing monthly payments, [6] shall remain unchanged. The Claimant in this Class has not filed a claim and shall NOT entitled to vote on the Plan. If the Kincaids object to the treatment provided herein, the 1442 Property may be rented. The payment to claimants in Classes 4 and 12, and administrative expense claims will be

made from a portion of the proceeds of a loan in the sum of $30,000, secured by a second mortgage on the 1442 Property. The rental income may be used to repay the second mortgage loan. The Debtor reserves the right to find alternate sources of funding for the Plan without filing a modification or amendment to the Plan."

[4] Seabreeze Realty, LLC is the brokerage owned and operated by Patricia E. Gleason, the Debtor's spouse. See the Disclosure Statement for more information.
[5] The loan-to-value ratio shall be computed to include any improvements or repairs for which professional estimates are obtained prior to closing, and which improvements or repairs are completed as soon as practicable after closing.
[6] The mortgage provides for recalculation of the monthly payment when payments are made toward principal in multiples of $10,000."

10.   The Debtor's Chapter 11 Third Amended Plan dated October 21, 2016 [ECF #153] was confirmed on December 16, 2016 [ECF #203].

11.   On December 30, 2016 the Chapter 11 Debtor sold the 1442 Property to Julia Ramirez for $540,000.00 as reflected in the Motion to Sell 1442 Polk Property filed in the chapter 11 case, ECF #167.   Attached is a copy of the Warranty Deed dated December 30, 2016 and recorded in the public records of Broward County on January 9,2017, instrument number 114139924 transferring the 1442 Polk Property from Debtor to Ramirez. **("Exhibit D").**

12.   At the time of the sale of the 1442 Property, the Debtor owed approximately $405,000.00 to Kincaids. Upon the sale of the 1442 Property, the Debtor paid down the debt by depositing $162,839.57 in Kincaid's bank account. Thereafter the Debtor deposited $240,000.00 in a bank account to protect the security interests of Kincaid and filed the aforementioned UCC1 to secure Kincaids/Trip Up Trust' interest in the bank account.

13.   On January 20, 2017 the Debtor received his discharge in the Chapter 11 case. [ECF #239].

Chapter 13 case

14. On December 31, 2017, eleven months after entry of the chapter 11 discharge, the debtor filed for relief under chapter 13 of the Bankruptcy Code.

15. In the chapter 13 case the Debtor lists on Schedule D Kincaid as having a secured claim in the amount of $197,332.60 secured by Chase bank account ending 2090 homestead account.

16. The Debtor's schedule A reflects his interest in his residence located at 1504 Summer Avenue, Jupiter, FL 33469. Attached as Exhibit "E" is a copy of the Warranty Deed dated May 12, 2017 recorded May 19, 2017 in Official Record Book 29097 Page 793 in Palm Beach County, Florida. This property is encumbered by a mortgage in the amount of $304,000.00 which the Debtor and his non-filing spouse obtained on May 12, 2017.

17. The Debtor also lists in his Chapter 13 case his legal or equitable interest in several real properties, specifically:

   a. 1504 Summer Avenue, Jupiter, FL 33469

   b. 4121 N. 31st Avenue, Hollywood, FL 33021-2011. The Debtor lists the value of this property at $157,000.00 owned free and clear.

   c. 1312 Polk Street. Hollywood, FL. This property consists of three contiguous lots valued at $630,880.00 with the debtor having a 1/2 undivided interest as tenant-by-entireties.

   d. 16469 NW 288th St, Okeechobee, FL. This property consists of vacant land 288th St +/- 1.25 Acre valued at $4,760. The Debtor's schedules reflect that he has Defeasible Fee Simple Estate valued at $3,562.50, subject to inchoate interests of heirs of Alan Fleishman.

  e. 17870 NW 310th Street, Okeechobee, FL.  This property consists of vacant land 310th St. +/- 1.25 Acre valued at $4,250.  The Debtor's schedules reflect that he has Defeasible Fee Simple Estate valued at #2,125.00, subject to inchoate interests of heirs of Alan Fleishman.

  f. 3596 S Avens Way, Homossasa, FL. This property consists of Vacant Land, County, Florida valued at $620.00. Debtor's schedules reflect that he as an interest in the property valued at $310.00 subject to inchoate interests of heirs of Alan Fleishman.

## **RELIEF REQUESTED**

18. Kincaid/Trip Up Trust seeks an Order from this court compelling the Debtor to turnover $197,332.60 held in the Debtor's Chase account 2090. These funds are proceeds from the sale of real property on which Kincaid had a security interest.

19. The funds held in the Debtor's Chase bank account are not property of the bankruptcy estate under section 541 of the bankruptcy code.

20. Additionally, the funds in the Debtor's Chase account 2090 are not homestead proceeds as Kincaid/Trip Up have a secured claim on the funds which are held for the benefit of Kincaid/Trip Up Trust only and Debtor has homestead property.

21. The Debtor already obtained homestead property located at 1504 Summer Avenue, Jupiter, FL  33469 with a value of $320.000.00 which he listed as his residence property.

22. The Debtor's financial affairs reflect sufficient funds and assets in the Debtor's estate to get his fresh start that he bargained for in filing and obtaining a discharge in the chapter 11 case.

23. As reflected in paragraph 4 of the Debtor's Motion to Waive Discharge the Debtor "has no debts to discharge". [ECF #68].

24. As reflected in the Debtor's chapter 13 schedules he has no unsecured creditors to pay.

25. There will be no harm to the Debtor or to any creditors by the Debtor turning over the $197,332.60 to Kincaid/Trip Up Trust. These funds are therefore to be turned over to the secured creditor Kincaid/Trip Up Trust.

26. Kincaid/Trip Up Trust request that the Debtor turn over to Kincaid/Trip Up Trust the funds in the amount of $197,332.60 held in the Chase acct 2090 on which Kincaid/Trip Up Trust have a secured claim.

WHEREFORE, Suzanne Kincaid/ Trip Up Trust respectfully requests an Order from this Court granting its Motion for Entry of Order Compelling the Debtor to turnover to Kincaid the entire funds held in the Chase Account 2090 plus grant such other and further relief as the Court deems just and proper.

I hereby certify that a true and correct copy of this Motion was electronically filed and/or mailed to all parties listed below this 21st day of March, 2018.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: March 21, 2018         WHITE-BOYD LAW, P.A.
                              Attorney for Creditor – Suzanne Kincaid/Trip Up
                              5589 Okeechobee Blvd., Suite 103
                              West Palm Beach, FL  33417
                              (561) 351-6895
                              By: */s/ Nadine V. White-Boyd*
                              NADINE V. WHITE-BOYD, ESQ.
                              Florida Bar No. 0184144

**SERVICE LIST**

**Copy provided by Electronic Mail to**:
- Sheri S Charlse      scharlse@rasflaw.com, scharlse@rasflaw.com
- Kevin C Gleason      kgpaecmf@aol.com
- April Harriott      aharriott@rasflaw.com, aharriott@rasflaw.com
- Andrea S. Hartley      andrea.hartley@akerman.com, janet.salinas@akerman.com
- Austin M Noel      austin.noel@mccalla.com, flbkecf@mccalla.com
- Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov
- Christina V Paradowski      cvp@trippscott.com, bankruptcy@trippscott.com
- Ashley Prager Popowitz      Ashley.popowitz@mccalla.com, flbkecf@mccalla.com
- Angela J Wallace      ajwallace@broward.org, swulfekuhle@broward.org
- Robin R Weiner      ecf@ch13weiner.com; ecf2@ch13weiner.com
- Nadine V. White-Boyd      nvwboyd@aol.com, nwbbnk@fwbpa.com

**Copy provided by U.S. Mail  to:**
Kevin C. Gleason
1504 Summer Avenue
Jupiter, FL  33469

Suzanne Kincaid/Trip Up Trust
11289 Wedgefield Court
Fishers, IN  46037

C:\Users\Nadine\Dropbox\CLIENTS\Kincaid, Suzanne\CH. 13. 17-25508\Pleadings\MOTION FOR TURNOVER OF BALANCE OF PROCEEDS FROM SALE OF REAL PROPERTY.docx