UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:
KEVIN C GLEASON                                       Case Number: 17-25508-EPK
Debtor.                                               Chapter 13
_____/

## NOTICE TO WITHDRAW CLAIM

PLEASE TAKE NOTICE THAT, Patricia E. Gleason hereby withdraws Claim 6, filed on March 11, 2018.

## CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing was served via the Notice of Electronic filing on July 31, 2018 on all parties receiving electronic notice, including:
- Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov;
- Robin R Weiner, ecf@ch13weiner.com;ecf2@ch13weiner.com;
- Kevin C Gleason, KGPAECMF@aol.com

Respectfully Submitted,

Patricia E. Gleason
1504 Summer Avenue
Jupiter, FL 33469
Peg1701@aol.com